UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE TERRELL,

        Plaintiff,

   v.

CITY OF PETALUMA, et al.,

        Defendants.

Case No. 22-cv-05411-JSC

**PRETRIAL ORDER NO. 2: AMENDED SCHEDULE**

Upon review of the parties case management conference statement (Dkt. No. 33), the further case management conference scheduled for April 27, 2023 is continued to June 29, 2023 at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance. The Court will be particularly interested in whether referral for a magistrate judge settlement conference could be useful. Further, the case schedule is amended as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | September 29, 2023 |
| Designation of Experts: | October 13, 2023 |
| Expert Discovery Cut-Off: | November 13, 2023 |
| Last Day to File Dispositive Motions: | November 16, 2023 |
| Pretrial Conference: | March 21, 2024 |
| Trial: | April 8, 2024 |

**IT IS SO ORDERED.**

Dated: April 26, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge